# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00625-CV

**F. C., Jr. and A. R., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 295,562-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants F. C., Jr. and A. R. filed their notices of appeal on September 9, 2019. The appellate record was complete September 19, 2019, making appellants' briefs due October 9, 2019. On October 9, 2019, counsel for appellants filed motions for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellants' briefs no later than October 29, 2019. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on October 17, 2019.

Before Justices Goodwin, Baker, and Kelly